IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| KEVIN JAMES THOMAS BARTA, | ) NO.: 17-32945 |
| ASHLEY AMBER BARTA, | ) |
| | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: PAMELA S. HOLLIS |
| | ) (Joliet) |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON August 17, 2018 at 10:45 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, U.S. Bankruptcy Judge, 150 West Jefferson Street, 2nd Fl, Joliet, Illinois 60432, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on July 31, 2018, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

Kinnera  Bhoopal
/s/Kinnera  Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. BK-006458-17

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532


To Debtor:  *Served via U.S. Mail*
Kevin James Thomas Barta
Ashley Amber Barta
340 Clover Cir
Minooka, IL 60447


To Attorney:  *by Electronic Notice through ECF*
Briana Czajka
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. BK-006458-17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| KEVIN JAMES THOMAS BARTA, | ) NO.: 17-32945 |
| ASHLEY AMBER BARTA, | ) |
| | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: PAMELA S. HOLLIS |
| | ) (Joliet) |
| | ) |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES The Money Source, Inc. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 340 Clover Cir, Minooka, Illinois 60447 be Modified stating as follows:

1. On November 02, 2017, the above captioned Chapter 13 was filed.

2. On March 02, 2018, the above captioned Chapter 13 was confirmed.

3. The Money Source, Inc. services the first mortgage lien on the property located at 340 Clover Cir, Minooka, Illinois 60447.

4. The Plan calls for the Debtors to be the disbursing agent for the post-petition mortgage payments directly to The Money Source, Inc. Post-petition payments are $1,017.35.

5. The post-petition mortgage payments are due and owing for February 1, 2018. The default to The Money Source, Inc. is approximately $6,952.45 through July 1, 2018, including attorney's fees and costs of this motion.

6. The plan is in material default.

7. The Money Source, Inc. continues to be injured each day it remains bound by the Automatic Stay.

8. The Money Source, Inc. is not adequately protected.

9. The property located at 340 Clover Cir, Minooka, Illinois 60447 is not necessary for the Debtors' reorganization.

10. The Debtors have no equity in the property for the benefit of unsecured creditors. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 340 Clover Cir, Minooka, Illinois 60447, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to The Money Source, Inc. to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: */s/Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com