Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 17–32945
Chapter: 13
Judge: Pamela S. Hollis

In Re:
   Kevin James Thomas Barta                 Ashley Amber Barta
   340 Clover Cir                                      340 Clover Cir
   Unit                                                    Unit
   Minooka, IL 60447                        Minooka, IL 60447

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0757                                        xxx–xx–8033

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on November 16, 2018

FOR THE COURT

Dated: November 19, 2018                                Jeffrey P. Allsteadt , Clerk
                                                             United States Bankruptcy Court